UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

CHUAN LAU

VERSUS                        CIVIL ACTION NO.: 08-691-JVP-SCR

BEAIRD COMPANY, LTD.,
ET AL

## RULING ON MOTION TO REMAND

The court, having carefully considered the complaint, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger dated November 4, 2008, to which no objection has been filed, hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion.

Accordingly, the Joint Motion to Remand filed by plaintiff Chuan Lau and intervenor Louisiana Workers' Compensation Corporation (doc. 2) shall be **GRANTED** and this matter shall be **REMANDED** to the 19th Judicial District Court for the Parish of East Baton Rouge, State of Louisiana. Further, their request for an award of attorney's fees under 28 U.S.C. § 1447(c) is hereby **DENIED**.

Baton Rouge, Louisiana, November 20, 2008.

JOHN V. PARKER
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA